**William M. Noelle, appellee, v. M. G. Malnick and N. Malnick, trading as Lakewood Developers Organization, appellants. Gen. No. 36,976.**

 Heard in the second

division of this court for the first district at the October term, 1933. Opinion filed May 1, 1934.

Samuel L. Bullas, for appellants. John V. Clinnin, for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.